# UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| JEANNINE HINES, | ) | |
|     Plaintiff, | ) | |
| | ) | 1:05CV01159 |
| v. | ) | |
| | ) | |
| SHEET METAL WORKERS' | ) | |
| NATIONAL HEALTH FUND PLAN, | ) | |
| SOUTHERN BENEFIT | ) | |
| ADMINISTRATORS, INC., | ) | |
| GLENN RANDLE, TOMMY | ) | |
| FULLER, BILL KING, TIM | ) | |
| McGRATH, BRENT BERTRAND, | ) | |
| THOMAS KELLY, as Trustees of | ) | |
| the Sheet Metal Workers' | ) | |
| National Health Fund, | ) | |
|     Defendants. | ) | |

**J-U-D-G-M-E-N-T**

On June 14, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' motion to dismiss (docket no. 11) be **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

August 1, 2006